**ROANNE L. MANN**  DATE: __August 19, 2020__
**UNITED STATES MAGISTRATE JUDGE**  START: __9:45 AM__
 END: __10:00 AM__

**DOCKET NO:** 20-cv-641 – RLM

**CASE:** _Rahman v. Kalam, et al._

| | |
|---|---|
| ☐ INITIAL CONFERENCE | ☐ OTHER/ORDER TO SHOW CAUSE |
| ☐ DISCOVERY CONFERENCE | ☐ FINAL/PRETRIAL CONFERENCE |
| ☐ SETTLEMENT CONFERENCE | X TELEPHONE CONFERENCE |
| X MOTION HEARING | ☐ INFANT COMPROMISE HEARING |

**PLAINTIFF**

| | ATTORNEY |
|---|---|
| | Robert Salaman |

**DEFENDANT**

| | ATTORNEY |
|---|---|
| | Mitchell Segal |

**RULINGS:   PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The Court conducts a telephonic _Cheeks_ review.

For the reasons stated on the record, the Court finds that the settlement is fair and reasonable and was reached as a result of arms-length negotiations by the parties.   The revised Settlement Agreement (DE #19-1) is therefore approved.

The parties are directed to file a Stipulation of Discontinuance by **August 21, 2020**.